UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CR. NO. 5:20-CR-01315-6-S1 |
| | § | |
| BILL SHEPARD | § | |

## ORDER

After reviewing the evidence presented and the applicable law in this matter, the

Court hereby ORDERS that:

The Government's Motion to Unseal Indictment, Rescind Arrest Warrant, and Issue
Summons is GRANTED.

SIGNED on this _____28th_____ day of _July_ 2020.

_____
UNITED STATES DISTRICT JUDGE

U.S. MARSHAL'S OFFICE

BY: _UB_
DATE: _07/28/2020_
TIME: _4:55pm_