United States District Court
Southern District of Texas
**ENTERED**
October 28, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | SOUTHERN DISTRICT OF TEXAS LAREDO DIVISION |
| Versus | | |
| **BILL SHEPARD** | | CRIMINAL CASE: **5:20CR01315-006** |

## ORDER TO SURRENDER

The defendant, **BILL SHEPARD   USM # 15764-509,** having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender on **Tuesday, November 30, 2021** by 2:00 pm to:

FPC MONTGOMERY
MAXWELL AIR FORCE BASE
MONTGOMERY, AL   36112
334-293-2100

Signed on _October 27_, 2021

_____
Honorable Judge Marina Garcia Marmolejo
UNITED STATES DISTRICT JUDGE